**Order entered July 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00526-CR

### CLINTON EUGENE WHITFIELD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F11-55984-J

## ORDER

The Court **DENIES** appellant's pro se motion for reconsideration.

We **ORDER** the Clerk of the Court to send a copy of this order to Clinton Eugene Whitfield, TDCJ No. 1924964, Bradshaw State Jail, P. O. Box 9000, Henderson, Texas, 75653.

/s/    MOLLY FRANCIS
        JUSTICE